UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESHAWN YOUNG, on behalf of herself and all other persons similarly situated,

                Plaintiffs,

-against-

HILLSDALE COLLEGE,

                Defendant.

23-CV-10202 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

Plaintiffs filed the Complaint in this case on November 20, 2023. ECF No 1. Defendant executed a waiver of service on January 9, 2024. Per the Court's order at ECF No. 6, the parties were directed to meet and confer within thirty days of service of the summons and Complaint and then, within fifteen additional days, submit a joint letter updating the Court on the status of the case. *See* ECF No. 6 The deadline to file the letter has passed. The parties are hereby ORDERED to file the status letter with the Court, as outlined in ECF No. 6, no later than **April 12, 2024**.

Dated: March 29, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge